UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JANE GRIFITH,

               Plaintiff,

  v.

MICHAEL J. ASTRUE. Commissioner of Social Security,

               Defendant.

Case No. 3:12-cv-05601-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

     Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

     DATED this 13th day of July, 2012.

                                     Karen L. Strombom
                                     United States Magistrate Judge

ORDER - 1