UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JANE GRIFFITH,

                              Plaintiff,

    v.

CAROLYN W. COLVIN, Commissioner
of Social Security,

                              Defendant.

Case No. C12-5601BHS-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 15. The

Court having considered the R&R and the remaining record, and no objections having

been filed, does hereby find and order as follows:

      (1)    The R&R is ADOPTED;

      (2)    Defendant's decision is REVERSED; and

      (3)    This action is REMANDED for further administrative proceedings in
           accordance with the findings contained in the R&R.

      DATED this 29th day of July, 2013.

                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER